July 23, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

### IN THE INTEREST OF K.T. AND R.D.T., CHILDREN

NO. 14-15-00504-CV

_____

Today the Court heard the parties' joint motion to set aside the judgment signed by the court below on May 15, 2015. Having considered the motion and found it meritorious, we order the judgment **VACATED AND REMAND** the cause to the trial court for proceedings in accordance with this Court's opinion.

We further order that each party shall pay its costs by reason of this appeal.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.